

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2014

No. 04-14-00585-CR

Carlos Santos **HUERTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4979
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The motion to withdraw filed by John Hunter is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court